UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
    Plaintiff,

Case Number CR 12-00428LHK

vs.

Donald Ray Herman
    Defendant.

ORDER - CJA CONTRIBUTION(s) DUE

It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C., Section 3006 (A),

IT IS HEREBY ORDERED THAT:

[X] THE DEFENDANT IS LIABLE FOR A CONTIRUBUTION OF $1,000 PER MONTH, until the case is concluded or until further order of the Court, commencing:

[ ] That certain date of 6/15/12 and the SAME DAY each month thereafter;

[ ] The first day of _____ and the FIRST DAY of each month thereafter;

[ ] MAIL TO:  Clerk, U. S. District Court
              280 South First Street, Room 2112
              San Jose, CA.  95113-3095

Please indicate that this is a CJA payment and include the case number shown above.

FILED
JUN -7 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

[ ] THE DEFENDANT IS LIABLE FOR A ONE-TIME CONTRIBUTION OF $_____, DUE BY:

[ ] That certain date of _____;

[ ] MAIL TO:  Clerk, U. S. District Court
              280 South First Street, Room 2112
              San Jose, CA.  95113-3095

Please indicate that this is a CJA Payment and include the case number shown above.

DATED: 6/7/12

Howard R. Lloyd U.S. MAGISTRATE JUDGE

AO 72

cc: Defense counsel, defendant, AUSA, Finance Office, Probation