IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DONALD HERMAN, )<br>)<br>Defendant. )<br>_____ ) | No. CR-12-00428 LHK<br><br>STIPULATION TO CONTINUE STATUS HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing currently scheduled for Wednesday, June 27, 2012, shall be continued to Wednesday, July 18, 2012, at 9:00 a.m.

It is further ordered that 21 days through and including July 18, 2012, shall be excluded from the computation of time within which trial shall commence under the Speedy Trial Act, as the reasonable time necessary for effective defense preparation, pursuant to Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: June  22, 2012

*Lucy H. Koh*
_____
THE HON. LUCY H. KOH
United States District Judge

[Proposed] Order to Continue Status Hearing
CR 12-00428 LHK                              1