FRANK R. UBHAUS, CA STATE BAR NO. 46085
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
frank.ubhaus@berliner.com

ATTORNEYS FOR DEFENDANT DONALD RAY HERMAN

FILED
JAN 31 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONALD RAY HERMAN,<br><br>Defendant. | CASE NO. 12-CR-00428<br><br>STIPULATION AND ORDER REGARDING TRAVEL<br><br>Date:<br>Time:<br>Dept.:<br>Judge: |

Good cause appearing therefore and based on the stipulation of the Office of the United States Attorney, it is hereby ordered that the bail release conditions of the Defendant Donald Ray Herman should be, and are hereby, modified as follows:

1. Donald Ray Herman is permitted to travel to New Orleans, Louisiana, between January 31 and February 5, 2013 for the purpose of accompanying his son Max on a tour of the campus at Tulane University and to stay during that visit at the Marina Motel in Chalmette, Louisiana.

2. Donald Ray Herman is permitted to travel to Orange County, California, between February 15 and February 17, 2013 to accompany his son Elliot when Elliot competes in a

regional gymnastics tournament and to stay during that visit at the Radisson Hotel in Newport Beach, California.

In all other respects the conditions of the defendant's bond shall remain as previously set.

So Stipulated:

Dated: January 30, 2013                     UNITED STATES ATTORNEY'S OFFICE


BY: /s/ GARY FRY
GARY FRY
ASSISTANT U.S. ATTORNEY FOR THE NORTHERN DISTRICT OF CALIFORNIA


Dated: January 30, 2013                     BERLINER COHEN


BY: /s/ FRANK R. UBHAUS
FRANK R. UBHAUS
ATTORNEYS FOR DEFENDANT
DONALD RAY HERMAN


So Ordered:

Dated: 1/31/13

BY: _____
HONORABLE HOWARD LLOYD
MAGISTRATE JUDGE FOR THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA