UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff, )<br>                               )<br>    v.                         )<br>                               )<br>DONALD RAY HERMAN, )<br>        Defendant. )<br>_____) | No. **CR 12-00428 (LHK)**<br><br>**ORDER OF THE COURT CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS AND SETTING BRIEFING SCHEDULE**<br><br>Date:  N/A<br>Time:  N/A |

On motion of both the defendant and the prosecution, and for good cause shown, the court ORDERS that the hearing on the defendant's motion to dismiss, currently set for Wednesday, April 24, 2013, at 9:00 a.m., is VACATED. The court re-sets the hearing for Wednesday, May 15, 2013, at 9:00 a.m.

The court also ORDERS the following briefing schedule. The brief of the United States in opposition to the motion to dismiss shall be filed on or before April 24, 2013. The defendant's optional reply brief shall be filed on or before May 1, 2013.

IT IS SO ORDERED.

Date:  4/8/13

*Lucy H. Koh*

HONORABLE LUCY H. KOH
United States District Court Judge