1  FRANK R. UBHAUS, CA STATE BAR NO. 46085
   BERLINER COHEN
2  TEN ALMADEN BOULEVARD
   ELEVENTH FLOOR
3  SAN JOSE, CALIFORNIA 95113-2233
   TELEPHONE: (408) 286-5800
4  FACSIMILE: (408) 998-5388
   frank.ubhaus@berliner.com
5

6  ATTORNEYS FOR DEFENDANT DONALD RAY HERMAN

**FILED**

JUN 28 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

7              UNITED STATES DISTRICT COURT

8            NORTHERN DISTRICT OF CALIFORNIA

9                  SAN JOSE DIVISION

10

11

12  UNITED STATES OF AMERICA,          CASE NO.  12-CR-00428

13          Plaintiff,                 STIPULATION AND ORDER REGARDING
                                       TRAVEL
14      v.
                                       Date:
15  DONALD RAY HERMAN,                 Time:
                                       Dept.:
16          Defendant.                 Judge:

17

18

19      Good cause appearing therefore and based on the stipulation of the Office of the United

20  States Attorney, it is hereby ordered that the bail release conditions of the Defendant Donald Ray

21  Herman should be, and are hereby, modified as follows:

22      Donald Ray Herman is permitted to travel between June 29, 2013 and July 5, 2013 to

23  New Orleans, Louisiana for the purpose of moving his son Max into his college dormitory at

24  Tulane University and to meet with school's financial aid representatives and the football

25  coaching staff.  The Defendant will be staying at the Hampton Inn on St. Charles in New

26  Orleans.

27      In all other respects the conditions of the defendant's bond shall remain as previously set.

28

CASE NO. 12-CR-00428                        -1-

STIPULATION AND ORDER RE TRAVEL

\FRU\1149059.1
031213-19590004

1

2

So Stipulated:

3

4

Dated:  June 26, 2013

UNITED STATES ATTORNEY'S OFFICE

5

BY:  /s/ GARY FRY
GARY FRY

6

ASSISTANT U.S. ATTORNEY FOR THE NORTHERN
DISTRICT OF CALIFORNIA

7

8

9

Dated:  June 26, 2013

BERLINER COHEN

10

11

BY:  /s/ FRANK R. UBHAUS
FRANK R. UBHAUS

12

ATTORNEYS FOR DEFENDANT
DONALD RAY HERMAN

13

14

15

So Ordered:

16

17

Dated:

6/28/13

18

BY:

19

HONORABLE HOWARD LLOYD

20

MAGISTRATE JUDGE FOR THE UNITED STATES
DISTRICT COURT FOR THE NORTHERN DISTRICT
OF CALIFORNIA

21

22

23

24

25

26

27

28

CASE NO. 12-CR-00428

-2-

STIPULATION AND ORDER RE TRAVEL

\FRU\1149059.1
031213-19590004