UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 12-00428 (LHK) |
| Plaintiff, | ) **ORDER OF THE COURT REGARDING UNITED STATES' MOTION TO MODIFY CONDITIONS OF RELEASE** |
| v. | ) |
| DONALD RAY HERMAN, | ) |
| Defendant. | ) |

Based upon a stipulation by the parties, entered into verbally upon the record when this matter came before the court on Friday, September 12. 2014, and for good cause shown, the court ORDERS as follows:

The defendant shall deposit all funds received from the sale of 15234 Via Pinto, in Saratoga, California, into his attorney's trust account.

IT IS SO ORDERED.

Date: 9/18/14

HONORABLE HOWARD R. LLOYD
United States Magistrate Judge