FRANK R. UBHAUS, CA STATE BAR NO. 46085
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
frank.ubhaus@berliner.com

ATTORNEYS FOR DEFENDANT DONALD RAY HERMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONALD RAY HERMAN,<br><br>Defendant. | CASE NO. 12-CR-00428<br><br>STIPULATION AND ORDER MODIFYING TERMS AND CONDITIONS OF SUPERVISED RELEASE |

WHEREAS, the defendant Donald Ray Herman is currently on supervised release pursuant to the judgment and sentence imposed in the above captioned matter, and

WHEREAS, Donald Ray Herman through his current employment with GR Energy Services in Houston, Texas is the point of contact for the strategic partnership between GR Energy Services and Cordax Evaluation Technologies in Calgary, Canada, and

WHEREAS, it will be necessary in connection with Donald Ray Herman's employment to be able to travel to Canada from time to time, and

WHEREAS, the United States Attorney, through Assistant United States Attorney Gary Fry, is not opposed to modifying the conditions of Donald Ray Herman's supervised release to permit travel to Canada.

4840-1052-9361v1
FRU\19590001

IT IS HEREBY ORDERED, that the Conditions of Donald Ray Herman's supervised release should be modified as follows:

1. Donald Ray Herman may obtain a passport allowing travel outside the continental United States, and

2. Donald Ray Herman is permitted to travel to Canada in connection with the business activities of GR Energy Services and the business activities of Cordax Evaluation Technologies. Donald Ray Herman shall notify his supervising probation officer at least 48 hours in advance of any travel to Canada providing the anticipated dates of travel and the locations where he will be staying while in Canada.

In all other respects the conditions of the defendant's supervised release shall remain as previously set.

So Stipulated:

Dated: October 9, 2017     UNITED STATES ATTORNEY'S OFFICE

BY: /s/ GARY FRY
GARY FRY
ASSISTANT U.S. ATTORNEY FOR THE NORTHERN DISTRICT OF CALIFORNIA

Dated: October 9, 2017     BERLINER COHEN

BY: /s/ FRANK R. UBHAUS
FRANK R. UBHAUS
ATTORNEYS FOR DEFENDANT
DONALD RAY HERMAN

So Ordered:

Dated: 10/11/17

BY: _____
Magistrate HONORABLE LUCY H. KOH
JUDGE OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
HOWARD R. LLOYD